No. 10-427. **Rodney Miller, Petitioner v. Monumental Life Insurance Company.**

562 U.S. 1064, 131 S. Ct. 659, 178 L. Ed. 2d 482, 2010 U.S. LEXIS 9230.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 376 Fed. Appx. 871.